UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYTIANNA HASSAN,

     Plaintiff,

v.

GREGORY BARIL, et al.,

     Defendants.

Case No. 24-cv-13336

Honorable Robert J. White

## ORDER FOR FACILITATIVE MEDIATION

After conferring with the Parties, the Court believes that "mediation will assist in the resolution of the case." E.D. Mich. LR 16.4(a)(2). Accordingly, this case is referred to facilitative mediation pursuant to Local Rule 16.4 with the following instructions:

1. Daniel Makarski is appointed Mediator. The Parties must contact and provide the Mediator with a copy of this Order as soon as practicable and shall divide equally the costs for the Mediator's services in this matter.

2. The mediation is presently set to occur on April 7, 2026.

3. The following persons shall be present at the mediation (or available via phone, as needed):

    a. Attorneys in principal charge of the case;
    b. Plaintiff(s);
    c. Defendant(s);
    d. Representatives of the Parties with complete settlement authority.

4. Oral or written statements made for or during mediation by anyone are inadmissible in any evidentiary proceeding, and the Mediator may not be called to testify about the mediation.

5. No later than seven days after the mediation, the Mediator must notify the Court of "only the date of completion, who participated, whether settlement was reached, and whether further ADR proceedings are contemplated." *Id.* at 16.4(e)(6).

6. If a settlement is reached, the Parties must notify the Court immediately and then promptly submit "appropriate documents to conclude the case." *Id.* at 16.4(e)(7).

**SO ORDERED.**

Dated: March 2, 2026              /s/Robert J. White
                                             Robert J. White
                                             United States District Judge

**STIPULATED TO:**

/s/ *Michael E. Freifeld*
Attorney for Plaintiff
Dated: February 27, 2026

/s/ *David A. Kowalski*
Attorney for Defendants
Dated: February 27, 2026